| | | | |
|---|---|---|---|
| Philadelphia Commercial Development Corp. v. Irving Fryar Realty, Inc. [94] | 02/01/2016 512 EAL (2015) | Denied | |
| R.J.V., Jr., In re [95] | 01/20/2016 935 MAL (2015) | Denied | Pa.Super., 134 A.3d 485 |
| R.L.J., In re | 12/08/2015 296 WAL (2015) | Denied | Pa.Super., 122 A.3d 1149 |
| Reisser v. Folino [96] | 12/29/2015 786 MAL (2015) | Denied | Pa.Super., 125 A.3d 463 |
| Rothberg, In re Estate of [97] | 12/30/2015 498 EAL (2015) | Denied | Pa.Super., 122 A.3d 1146 |
| Rovinsky v. Lourdesmont/Good Shepherd Youth and Family Services | 12/08/2015 527 MAL (2015) | Denied | Pa.Super., 120 A.3d 1067 |
| Smash PA, Inc. v. Lehigh Valley Restaurant Group, Inc. [98] | 12/30/2015 552 MAL (2015) | Denied | Pa.Super., 121 A.3d 1131 |
| Tasa Group, Inc. v. Graham [99] | 02/01/2016 721 MAL (2015) | Denied | Pa.Super., 131 A.3d 98 |

94. Justice EAKIN did not participate in the consideration or decision of this matter.

95. Justice EAKIN did not participate in the consideration or decision of this matter.

96. Justice EAKIN did not participate in the decision of this matter.

97. Justice EAKIN did not participate in the decision of this matter.

98. Justice EAKIN did not participate in the decision of this matter; Reargument Denied February 11, 2016.

99. Justice EAKIN did not participate in the decision of this matter; Justice WECHT did not participate in the consideration or decision of this matter.